AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
MAR 06 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| Dr. Lakshmi Arunachalam | ) | |
|---|---|---|
| *Plaintiff* | ) | CV 18 1250 |
| v. | ) | Civil Action No. |
| Apple, Inc. et al | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
See Attached List

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dr. Lakshmi Arunachalam
222 Stanford Ave
Menlo Park, CA 94025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: FEB 26 2018

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Northern District of California,
San Francisco Division

DR. LAKSHMI ARUNACHALAM
Plaintiff(s)

v.

APPLE, Inc, Assigns+Agents+App Store web application Providers; Samsung Electronics America, Inc. Assigns+Agents+Facebook, Inc, Assigns+Agents; (Google Play web) Alphabet, Inc; Assigns+Agents; } application providers Microsoft Corporation, Assigns+Agents+Customers) International Business Machines Corporation; SAP America, Inc Assigns+Agents+Customers; JPMorgan Chase and Company, Assigns+Agents; Fiserv, Inc, Assigns+Agents+Customers; Wells Fargo Bank, Citigroup, CitiBank, Fulton Financial Corporation; Eclipse Foundation, Inc Assigns+Agents; Assigns+Agents; Assigns+Agents+Members

Defendant(s)

Civil Action No. 18-cv-01250-DMR
Complaint for Corrupt Antitrust Export/Import Infringement(s) colored by Law and Authority To Protect the Public Right Against A Constitutional Tort.

### SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

Fiserv, Inc., Assigns + Agents + Customers.
255 Fiserv Drive, Brookfield, Wisconsin 53045
Attn: Corporation Service Company (Registered Agent for Service)
2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DR. LAKSHMI ARUNACHALAM
222 Stanford Avenue
Menlo Park, CA 94025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                Signature of Clerk or Deputy Clerk

DR. LAKSHMI ARUNACHALAM
222 Stanford Avenue, Menlo Park, CA 94025
TEL: (650) 690-0995
FAX: (650) 854-3393
Email: laks22002@yahoo.com
*Pro Se* Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. LAKSHMI ARUNACHALAM,<br><br>Plaintiff,<br><br>vs.<br><br>1. APPLE, INC., ASSIGNS AND AGENTS, AND APP STORE WEB APPLICATION PROVIDERS;<br>2. SAMSUNG ELECTRONICS AMERICA, INC., ASSIGNS AND AGENTS, AND SAMSUNG'S GOOGLE PLAY WEB APPLICATION PROVIDERS;<br>3. FACEBOOK, INC., ASSIGNS AND AGENTS;<br>4. ALPHABET, INC., ASSIGNS AND AGENTS, AND GOOGLE PLAY WEB APPLICATION PROVIDERS;<br>5. MICROSOFT CORPORATION, ASSIGNS AND AGENTS, AND CUSTOMERS;<br>6. INTERNATIONAL BUSINESS MACHINES CORPORATION, ASSIGNS AND AGENTS, AND CUSTOMERS;<br>7. SAP AMERICA, INC., ASSIGNS AND AGENTS, AND CUSTOMERS;<br>8. JPMORGAN CHASE AND COMPANY, ASSIGNS AND AGENTS;<br>9. FISERV, INC., ASSIGNS AND AGENTS, AND CUSTOMERS;<br>10. WELLS FARGO BANK, ASSIGNS AND AGENTS;<br>11. CITIGROUP, CITIBANK, ASSIGNS AND AGENTS;<br>12. FULTON FINANCIAL CORPORATION, ASSIGNS AND AGENTS;<br>13. ECLIPSE FOUNDATION, INC. AND ITS MEMBERS; AND<br>DOES 1-100 INCLUSIVE,<br>                    Defendants, | Case No.: 18-CV-01250-DMR<br><br>**COMPLAINT FOR**<br><br>**CORRUPT ANTITRUST EXPORT/IMPORT INFRINGEMENT(S) COLORED BY LAW AND AUTHORITY TO PROTECT PLAINTIFF'S PUBLIC RIGHT AGAINST A CONSTITUTIONAL TORT**<br><br>**FILED: FEBRUARY 26, 2018**<br><br>**DEMAND FOR JURY TRIAL**<br>**YES** |

i

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-CV-01250-DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Fiserv, Inc. (See Attached List)
was received by me on *(date)* 2.28.18 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Corporation Service Company, who is (Registered Agent for Service)
designated by law to accept service of process on behalf of *(name of organization)* Fiserv, Inc.
(See Attached List) on *(date)* 2.28.18 for via U.S. Post Office Priority Mail to:
2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2.28.18

*Server's signature*

DAVID B. HAIGHT, III
*Printed name and title*

845 Oak Grove Ave. #210, Menlo Park, CA
*Server's address*

Additional information regarding attempted service, etc: I served the "Complaint for Corrupt Antitrust, Export/Import Infringements Colored by Law & Authority to Protect the Plaintiff's Public Right Against a Constitutional Tort" Exhibits, Dr. Lakshmi Arunachalam's Declaration of Verification in Support thereof; and Summons, Order setting Initial Case Management Conference & ADR Deadlines; Consent or Declination to Magistrate Judge Jurisdiction; Standing Order for Magistrate Judge Donna M. Ryu; Notice of Assignment of Case to a U.S. Magistrate Judge for Trial