Ramsey M. Al-Salam, Bar No. 109506
RAlsalam@perkinscoie.com
Lane M. Polozola *(admitted pro hac vice)*
LPolozola@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle WA 98101
Tel: 206-359-8000 / Fax: 206-359-9000

Aaron J. Ver, Bar No. 295409
AVer@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Tel: 415-344-7000 / Fax: 415-344-7050

*Attorneys for Defendant FISERV, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DR. LAKSHMI ARUNACHALAM,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC., *et al.*,<br><br>　　　　　　Defendants. | Case No. 5:18-cv-1250-EJD<br><br>**DEFENDANT FISERV INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF UNDER LOCAL RULE 7.11 TO STAY THE CASE**<br><br>Judge: Hon. Edward J. Davila |

For the reasons already stated in the opposition briefs of Defendants JPMorgan (Dkt. No. 205), Facebook (Dkt. No. 204), and Wells Fargo (Dkt. No. 203), Fiserv respectfully opposes Plaintiff's "Motion for Administrative Relief Under Local Rule 7.11 to Stay the Case Until the Ninth Circuit Rules on Writ of Mandamus to Disqualify Judge Davila, or in the Alternative to Reassign the Case to Judge William Alsup." (Dkt. No. 200). There is no basis to stay Plaintiff's case. Her motion raises merits arguments regarding *Fletcher v. Peck* and "patent prosecution history estoppel," but offers no reason for delaying resolution of Defendants' motions to dismiss pending appeal of the order denying disqualification. With regard to which judge should preside over this case, Fiserv defers to the Court on the proper assignment, but sees no valid basis for disqualification in Plaintiff's instant motion or any other filing.

DATED: May 31, 2018 **PERKINS COIE LLP**

By: */s/ Lane M. Polozola*
Ramsey M. Al-Salam, Bar No. 109506
RAlsalam@perkinscoie.com
Lane M. Polozola *(admitted pro hac vice)*
LPolozola@perkinscoie.com
Aaron J. Ver, Bar No. 295409
AVer@perkinscoie.com

***Attorneys for Defendant FISERV, INC.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the plaintiff and all counsel of record for the parties.

*/s/ Lane M. Polozola*
Lane M. Polozola

FISERV INC.'S OPPOSITION TO PLAINTIFF'S
MOTION FOR ADMINISTRATIVE RELIEF       -2-
CASE NO. 5:18-CV-1250-EJD